PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cody Wilson	Cr.: 07-00955-001
	PACTS Number:

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: August 15, 2008

Original Offense: Armed Bank Robbery and Unlawful Possession of a Weapon by a Convicted Felon

Original Sentence: 63 months imprisonment on each count to run concurrent, followed by three years of Supervised Release

Type of Supervision: Supervised Release	Date Supervision Commenced: 12/12/11

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

RESIDENTIAL REENTRY CENTER PLACEMENT (2 months WITHOUT weekend privileges)

You shall reside for a period of 5 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. However, should you find suitable and verifiable housing, you can then be released prior to the five months. You shall not be eligible for weekend privileges. Subsistence shall be waived.

## CAUSE

The offender is currently residing with his mother at a Senor Citizen Center, and is only permitted to reside there until December 27, 2011. After that date, the offender will be homeless. The Residential Re-entry Center will supply the offender with temporary shelter and the resources needed to find future housing. The offender also suffers from Schizophrenia and Bi-Polar Disorder. During his time at the Residential Re-entry Center, it will provide the U.S. Probation Office with sufficient time to monitor his mental health problems and to make the appropriate referrals.

Respectfully submitted,
By: Edward J. Irwin
U.S. Probation Officer
Date: 12/15/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dec. 20, 2011
Date